**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Gabriella GONZALEZ, Defendant—
Appellant.**

No. 05–50678.

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 7, 2006.*

Decided Aug. 11, 2006.

Valerie Chu, Esq., USSD—Office of the U.S. Attorney, San Diego, CA, for Plaintiff-Appellee.

Siri Shetty, Esq., San Diego, CA, for Defendant–Appellant.

Before: SCHROEDER, Chief Judge, REINHARDT and HAWKINS, Circuit Judges.

courts of this circuit except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

## MEMORANDUM **

Gabriella Gonzales appeals the sentence imposed following her guilty plea to being an alien in the United States after deportation in violation of 8 U.S.C. § 1326.

We have reviewed the record and the opening brief. We conclude that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard).

The United States Supreme Court's decision in *Almendarez–Torres v. United States,* 523 U.S. 224, 247, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), is binding on this court. *See United States v. Weiland,* 420 F.3d 1062, 1079 n. 16 (9th Cir.2005) (noting that this court remains bound by the Supreme Court's holding in *Almendarez–Torres* that a district court judge may enhance a sentence on the basis of prior convictions, even if the fact of those convictions was not found by a jury beyond a reasonable doubt); *see also United States v. Beng–Salazar,* 452 F.3d 1088 (9th Cir. 2006).

Accordingly, the government's unopposed motion for summary affirmance of the district court's judgment is granted.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

